# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    2:21-mj-0141 AC |
| | ) | |
| Luis Damian Manzo-Ceja | ) | |
| A205 712 035 | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**

**Sep 08, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 21, 2018, _____ in the county of _____ Solano _____ in the _____ Eastern _____ District of _____ California _____ , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(2) | Previously deported alien found in the United States |

This criminal complaint is based on these facts:

(see attachment)

☒    Continued on the attached sheet.

/s/ Ramier Poquiz

*Complainant's signature*

Ramier Poquiz, ICE Deportation Officer

*Printed name and title*

Sworn to and signed telephonically, pursuant to Federal Rule of Criminal Procedure 4.1.

Date:    September 8, 2021

City and state:    Sacramento, California

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Ramier "Ray" Poquiz, being duly sworn, hereby depose and state as follows:

### I.       INTRODUCTION AND AGENT BACKGROUND

1.       I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed by that agency since 2010.

2.       I am currently assigned to the Enforcement and Removal Operations Criminal Prosecutions Unit at the Sacramento sub-office of the San Francisco Enforcement and Removal Operations Field Office.  In that capacity, I am responsible for identifying, locating, and arresting individuals who violate the immigration laws of the United States, including those contained in Title 8 of the United States Code.  Over the course of my career, I have participated in multiple criminal investigations involving suspected violations of, *inter alia*, 8 U.S.C. § 1326.  Due to my training and experience, I am familiar with the locations, categories, and types of documentation that the Department of Homeland Security (the "Department") maintains in paper and digital records regarding aliens who interact with the immigration and criminal justice systems.

3.       I make this affidavit in support of a criminal complaint and arrest warrant for Luis Damian Manzo-Ceja, who I believe to be a previously deported alien found in the United States, in violation of 8 U.S.C. § 1326.

4.       The facts and information in this affidavit are based on my personal knowledge and observation, my training and experience, information I learned from other law enforcement officers and witnesses, and review of various documents and records.

### II.       DEPARTMENT RECORDS REGARDING ALIENS

5.       The Department maintains an official record of information regarding aliens not yet naturalized who interact with the United States' immigration or law enforcement systems. These records are known as alien files, or "A-files," and are unique to each individual alien. Each alien's A-file is associated with the unique identification number assigned by the Department to each alien, which is known as an "A-number."  The A-file for a given alien

generally contains all the individual's official record material such as naturalization certificates; various forms (and attachments, such as photographs), applications and petitions for benefits under the immigration and nationality laws, reports of investigations; statements; reports; correspondence; and memoranda on each individual for whom immigration authorities have created a record.

6.     The Department maintains an A-file for Manzo-Ceja.  I requested the paper A-file through official channels.  However, due to the COVID-19 pandemic, I do not expect to receive Manzo-Ceja's entire paper A-file prior to submission of this affidavit and accompanying application for criminal complaint and arrest warrant.

7.     The Department also maintains computerized records regarding aliens who interact with the United States' immigration or law enforcement systems.  These digital records contain much of the same information as A-files do, but the digital records sometimes memorialize an alien's interactions with the United States' immigration system in more granular detail.  I reviewed digital records maintained by the Department regarding Manzo-Ceja in the course of preparing this affidavit.

### III.     FACTS ESTABLISHING PROBABLE CAUSE

8.     Manzo-Ceja is a male born in 1989.  He is assigned an A-number that terminates in 035.  On or around August 25, 2021, I reviewed the Department's digital records relating to Manzo-Ceja.

9.     In doing so, I became aware that on or around November 13, 2015, Manzo-Ceja was convicted in the Superior Court of California for the County of Orange of committing lewd and lascivious acts with a minor, in violation of section 288(a) of the California Penal Code. Manzo-Ceja was sentenced to three years of imprisonment for this offense.

10.     During my review of Department records, I learned that Manzo-Ceja received a document titled, "Notice of Intent to Issue a Final Administrative Removal Order," dated November 3, 2017.  This document contains Manzo-Ceja's signature and reflects that Manzo-

///

Ceja admitted to being a citizen and native of Mexico who entered the United States without being admitted or paroled following inspection by an immigration officer.

11.     During my review of Department records, I viewed a document titled, "Warrant of Removal/Deportation." This document is dated November 3, 2017, and reflects the fact that Manzo-Ceja was removed from the United States on or around that date. This document contains Manzo-Ceja's photograph, fingerprint, and signature, as well as the signature of an immigration officer who witnessed Manzo-Ceja's removal from the United States.

12.     On or around July 21, 2018, law enforcement officers arrested Manzo-Ceja in Solano County, California.

13.     My review of the Department's records did not uncover any evidence that Manzo-Ceja obtained permission to re-enter this country from the Attorney General or the Secretary of Homeland Security following his 2017 removal.

14.     My review of the Department's records did not uncover any evidence indicating that Manzo-Ceja was under constant, continuous observation from the time he crossed the border until the time law enforcement became aware of his presence in this country in 2018.

## IV.     CONCLUSION AND REQUESTS

15.     On the basis of the above information, I submit that there is probable cause to believe that Manzo-Ceja is a previously deported alien found in the United States in violation of 8 U.S.C. § 1326. I therefore request that a criminal complaint and accompanying arrest warrant be issued for Luis Manzo-Ceja for violating 8 U.S.C. § 1326(a) and(b)(2).

16.     I further request that the Court seal the warrant and this affidavit and the application in support thereof, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office and may be served on investigative and law enforcement officers of the Department of Homeland Security, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the warrant.

17.     These documents pertain to and discuss an ongoing criminal investigation that is neither public nor known to the target of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.  Sealing these documents will also better ensure the safety of agents and others charged with executing the requested arrest warrant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

/s/ Ray Poquiz
RAY POQUIZ
Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
telephonically on:                                       September 8, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/s SAM STEFANKI
Approved as to form by AUSA SAM STEFANKI

AFFIDAVIT OF RAMIER POQUIZ                     4