1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:21-CR-00218-KJM
12 |            Plaintiff,             | STIPULATION AND [PROPOSED] ORDER RE SUBMISSION OF ELECTRONIC SIGNATURE
13 |     v.                            |
14 | LUIS DAMIAN MANZO-CEJA,           |
15 |            Defendant.             |

16

17                        **STIPULATION**

18      Plaintiff United States of America (the "government"), by and through its attorney of record, and

19 defendant Luis Damian Manzo-Ceja, both individually and by and through his counsel of record, hereby

20 stipulate as follows:

21      1.    The defendant has consulted with his counsel regarding the plea agreement offer

22 extended to him by the government pursuant to the government's Fast-Track Immigration Prosecution

23 Program.

24      2.    Obtaining an actual signature on the plea agreement from the defendant, who is

25 incarcerated at the Sacramento County Main Jail, would be both impracticable and imprudent in light of

26 safety measures in place there to combat the COVID-19 public health pandemic.

27 ///

28 ///

3. Pursuant to General Order 616, the defendant consents to his defense counsel signing the plea agreement on the defendant's behalf using an electronic signature.

IT IS SO STIPULATED.

Dated: December 28, 2021

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: December 28, 2021

/s/ MEGHAN McLOUGHLIN
MEGHAN McLOUGHLIN
Counsel for Defendant
LUIS DAMIAN MANZO-CEJA

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Date: December 29, 2021

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE